1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN P. ROONEY
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
JAN 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:13-MJ-00010 JLT |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| DIMAS MAZON AKA D-LOW, ERIK ELIUTH LOPEZ, AND ULISES OMAR LOPEZ | |
| Defendant. | |

This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED: January 28, 2013

_____
U.S. Magistrate Judge

2