1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
JAN 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 5:13-MJ-00010 JLT |
| 12              Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| 13         v. | |
| 14  DIMAS MAZON AKA D-LOW, ERIK ELIUTH LOPEZ, AND ULISES OMAR LOPEZ | |
| 15 | |
| 16              Defendant. | |

17

18  This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

19  Criminal Procedure.

20         IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made

21  public record.

22

23  DATED:     January 28, 2013

24                                          _____
25                                          U.S. Magistrate Judge

26

27

28

                                    2