BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>                v.<br><br>ERIK ELIUTH LOPEZ, and<br>ULISES OMAR LOPEZ,<br><br>                Defendants. | CASE NO.  1:13-CR-00047-LJO-SKO<br><br>PRELIMINARY ORDER OF FORFEITURE |

      Based upon the plea agreement entered into between United States of America and defendants Erik Eliuth Lopez and Ulises Omar Lopez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

      1.      Pursuant to 21 U.S.C. § 853, defendants Erik Eliuth Lopez and Ulises Omar Lopez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

           a.     Approximately $5,640.00 in U.S. Currency.

      2.      The above-listed property constitutes, or is derived from, any proceeds the defendant obtained, directly or indirectly, was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1).

      3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

PRELIMINARY ORDER OF FORFEITURE      1

1  seize the above-listed property.  The aforementioned property shall be seized and held by the

2  Department of Homeland Security, Customs and Border Protection in its secure custody and control.

3        4.    a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish

4  notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a

5  designee's) intent to dispose of the property in such manner as the Attorney General may direct shall

6  be posted for at least 30 consecutive days on the official internet government forfeiture site

7  www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written

8  notice to any person known to have alleged an interest in the property that is the subject of the order of

9  forfeiture as a substitute for published notice as to those persons so notified.

10        b. This notice shall state that any person, other than the defendant, asserting a legal

11  interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

12  first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

13  within thirty (30) days from receipt of direct written notice, whichever is earlier.

14        c. The government, in its discretion, shall conduct discovery, including written

15  discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or

16  dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of

17  Criminal Procedure.

18        5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this

19  Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be

20  addressed.

21

22  IT IS SO ORDERED.

23     Dated:   **February 24, 2014**           /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28